# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0338
LT Case Nos. 2010-CF-000429
2010-CF-000430
2010-CF-000431
2010-CF-000432

_____

SCOTTIE B. CROSBY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Sumter County.
Mary Pavloff Hatcher, Judge.

Scottie B. Crosby, Bushnell, pro se.

No Appearance for Appellee.


October 28, 2025


PER CURIAM.

AFFIRMED.


MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____